**FILED**

**NOV 1 7 2014**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mark S. Ciriello,                              )
                                               )
        Plaintiff,                             )
                                               )        Case: 1:14-cv-01932
        v.                                     )        Assigned To : Unassigned
                                               )        Assign. Date : 11/17/2014
Executive Office of the President,             )        Description: Pro Se Gen. Civil
                                               )
        Defendant.                             )
_____            )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and

application for leave to proceed *in forma pauperis*.  The Court will grant the *in forma pauperis*

application and dismiss the case because the complaint fails to meet the minimal pleading

requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure.  *Jarrell v. Tisch,*

656 F. Supp. 237, 239 (D.D.C. 1987).  Rule 8(a) of the Federal Rules of Civil Procedure requires

complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction

[and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief."

Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal,* 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA,* 355

F.3d 661, 668-71 (D.C. Cir. 2004).  The Rule 8 standard ensures that defendants receive fair

notice of the claim being asserted so that they can prepare a responsive answer and an adequate

defense and determine whether the doctrine of *res judicata* applies.  *Brown v. Califano,* 75

F.R.D. 497, 498 (D.D.C. 1977).

1

3

Plaintiff is a resident of Waterbury, Connecticut, who has named the Executive Office of the President as the sole defendant to this action. *See* Compl. Caption. The complaint consists of a narrative about events that have nothing to do with the named defendant. Plaintiff indicates that he is filing here because a judge in the District of Connecticut has "banned" him from filing claims in that court absent his filing of "certain paper work[.]" Compl. at 1. The instant complaint and inexplicable attachments fail to provide any notice of a claim. A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date:  November __11th__, 2014

2